**Janet R. AUGUSTINE, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008–3227.

United States Court of Appeals, Federal Circuit.

April 1, 2009.

---

Michael L. Hawbecker, Law Offices of Michael L. Hawbecker, of Alameda, CA, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Dawn S. Conrad, Trial Attorney.

MAYER, GAJARSA, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.